**DISMISS; and Opinion Filed June 27, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00235-CV

**CHARRIES MURRAY, Appellant**
**V.**
**WILLIE ROSE, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-19586**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Lang-Miers

In a letter dated April 21, 2014, the Court questioned jurisdiction over this appeal. Specifically, although the notice of appeal stated that appellant appealed a final order of the trial court dated February 19, 2014, the clerk's record before the Court did not include an order bearing that date and also did not include any other appealable order. We requested the appellant to file a supplemental clerk's record including the trial court's order that was the subject of the appeal. To date appellant has not responded. Nevertheless, the Court must determine whether it has jurisdiction to proceed with this appeal, even if it is necessary to do so *sua sponte*. *Bank of New York Mellon v. Guzman*, 390 S.W.3d 593, 596 (Tex. App.—Dallas 2012, no pet.); *Pierce v. Corbett*, No. 05-97-00017-CV, 1999 WL 52964 (Tex. App.—Dallas Feb. 5, 1999, no pet.) (mem. op.).

Generally, this Court has jurisdiction only over appeals from final judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Here there is no final judgment from which the appellant has properly perfected an appeal in the clerk's record. Accordingly, the appellate record fails to reflect the existence of jurisdiction. Because we find no basis for jurisdiction over this appeal, we **DISMISS** the appeal.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

140235F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHARRIES MURRAY, Appellant

No. 05-14-00235-CV          V.

WILLIE ROSE, Appellee

On Appeal from the 302nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-13-19586.
Opinion delivered by Justice Lang-Miers.
Justices Bridges and Francis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that appellee WILLIE ROSE recover his costs of this appeal from appellant CHARRIES MURRAY.

Judgment entered this 27th day of June, 2014.